No. 117. SOUTHERN PACIFIC COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued November 18, 19, 1924. Decided November 24, 1924. Judgment affirmed on the authority of *Horstmann Co.* v. *United States,* 257 U. S. 138; *Sanguinetti* v. *United States* 264 U. S. 146. *Mr. William R. Harr,* with whom *Mr. Charles H. Bates* was on the briefs, for appellant. *Mr. Solicitor General Beck* for the United States.

---

No. —, Original. *Ex parte:* IN THE MATTER OF IVAN GLAVADANOVIC, PETITIONER. December 1, 1924. Motion for leave to proceed in forma pauperis, and to file a motion for a writ of mandamus without printing, herein denied. [See *ante,* p. 581.]